# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| **WILLIE MOORE and MARTHA MOORE,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | **NO. 1:20-cv-132-DHB-BKE** |
| ) | |
| **BRANDON CRAWFORD; COWBOY USA** ) | |
| **EXPEDITED SERVICES, LLC;** ) | |
| **EMPLOYERS MUTUAL CASUALTY** ) | |
| **COMPANY; and JOHN DOES 1-10,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs, by and through Counsel, pursuant to the provisions of Rule 41(a)(1)(ii), and hereby dismiss their Complaint against the Defendants with prejudice and with the consent of the Defendants. Each party shall pay their own costs.

Respectfully submitted this 23rd day of February, 2021.

*[signature page to follow]*

        s/Bettis C. Rainsford, Jr.
        Raymond J. Doumar
        Ga. Bar No.227510
        Bettis C. Rainsford, Jr.
        Ga. Bar No. 778594

        **ATTORNEYS FOR THE PLAINTIFFS**

**RAYMOND J. DOUMAR, PC**
One 10th Street, Suite 700
Augusta, Georgia 30901
ray@doumarlaw.com
bettis@doumarlaw.com
Phone: (706) 722-1700
Fax: (706) 722-7600

        s/Quinn Curtis Bennett
        Amanda Matthews
        Ga. Bar No. 474951
        Quinn Curtis Bennett
        Ga. Bar No. 356087

        **ATTORNEYS FOR THE DEFENDANTS**

**NALL & MILLER, LLP**
Peachtree Center, North Tower
235 Peachtree Street NE, Suite 1500
Atlanta, Georgia 30303-1401
amatthews@nallmiller.com
Phone: 404-522-2200
Fax: 404-522-2208