IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WILLIE MOORE AND MARTHA MOORE, * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | CV 120-132 |
| * | |
| BRANDON CRAWFORD; COWBOY USA * | |
| EXPEDITED SERVICES, LLC; * | |
| EMPLOYERS MUTUAL CASUALTY * | |
| COMPANY; and JOHN DOES 1-10, * | |
| * | |
| Defendants. * | |

## O R D E R

On February 23, 2021, Plaintiffs filed a "Stipulation of Dismissal" signed by all parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of ~~February~~ March, 2021.

_____
UNITED STATES DISTRICT JUDGE